IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 27 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:21-CR-069-Z (01)<br>(Supersedes indictment filed 8/26/2021) |
| VICTOR CHAVEZ, JR. (01) | |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One
### Possession with Intent to Distribute Methamphetamine
### (Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

On or about July 27, 2021, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Victor Chavez, Jr.**, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

*/s/ Anna Marie Bell*

Anna Marie Bell
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas   79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:        anna.bell@usdoj.gov